JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORENA BURGESS, | Case No.: CV 16-01463 DSF (FFMx) |
| Plaintiff, | |
| v. | JUDGMENT |
| PORTFOLIO RECOVERY ASSOCIATES, LLC AND PRA GROUP INC., | |
| Defendants. | |

The Court having granted Defendants' motion for summary judgment, IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 03/23/17

_____
Dale S. Fischer
United States District Judge